**2014–0395. Fahl v. Rastatter.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2014–0297. U.S. Bank, N.A. v. Cooper.**
Medina App. No. 12CA0084–M, 2014-Ohio-61. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta*, 9th Dist. Medina No. 12CA0025–M, 2012-Ohio-5562; and briefing schedule stayed.
PFEIFER and O'DONNELL, JJ., dissent.

**2014–0328. In re Application of Duke Energy Ohio, Inc.**
Public Utilities Commission, Nos. 12–1685–GA–AIR, 12–1686–GA–ATA, 12–1687–GA–ALT, and 12–1688–GA–AAM. On joint motion for stay. Motion granted and no bond for the stay is required.
O'CONNOR, C.J., and LANZINGER and FRENCH, JJ., dissent.

**2014–0385. State v. Wilson.**
Richland App. No. 13CA39, 2014-Ohio-41. On motion for delayed appeal. Motion denied.
PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–0386. State v. Harris.**
Champaign App. No. 2013 CA 10, 2013-Ohio-4818. On motion for delayed appeal and motion for stay. Motions denied.

**2014–0400. State v. Posey.**
Knox App. No. 13CA29. On motion for delayed appeal. Motion denied.

**2014–0405. State v. Payne.**
Summit App. No. 26655, 2013-Ohio-5230. On motion for delayed appeal. Motion denied.
PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2014–0408. State v. Henderson.**
Butler App. No. CA2012–02–021. On motion for delayed appeal. Motion denied.

**2014–0410. In re B.L.**
Lucas App. No. L–13–1258. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2013–1932 and 2014–0181, *In re B.C.*, 2d Dist. Clark App. No. 2013–CA–72; and briefing schedule stayed.
PFEIFER, J., dissents.

**2014–0411. State v. Ellis.**
Cuyahoga App. No. 99830, 2014-Ohio-116. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and FRENCH and O'NEILL, JJ., dissent.

**2014–0418. State v. Banks.**
Lake App. No. 2102–L–110, 2013-Ohio-3865. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2014–0420. State v. Scott.**
Stark App. No. 2013CA00063, 2013-Ohio-5875. On motion for delayed appeal. Motion granted.
O'DONNELL and LANZINGER, JJ., dissent.

**2014–0422. State v. Waller.**
Clark App. No. 2013–CA–26, 2014-Ohio-237. On motion for delayed appeal. Motion granted.
FRENCH, J., dissents.